AO 440 (Rev. 10/93) Summons in a Civil Action

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

AMBER MIHAJLOV,

    Plaintiff,

vs.                                                           **SUMMONS IN A CIVIL CASE**

SAKS, INCORPORATED,

    Defendant.

_____/

To:    SAKS, INCORPORATED
        By Serving: Corporation Service Company, as its Registered Agent
        1201 Hays Street
        Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney (name and address):

    Christopher J. Whitelock, Esquire
    Whitelock & Associates, P.A.
    300 Southeast Thirteenth Street, Suite D
    Fort Lauderdale, Florida 33316
    (954) 463-2001

an answer to the Complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX
Clerk of Court

_____          _____
(By) Deputy Clerk                                                      Date