AO 440 (Rev. 10/93) Summons in a Civil Action

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-61744-CIV-DIMITROULEAS

AMBER MIHAJLOV,

    Plaintiff,

vs.                                             **SUMMONS IN A CIVIL CASE**

SAKS & COMPANY,

    Defendant.
_____/

To:    SAKS & COMPANY
       By Serving: Corporation Service Company, as its Registered Agent
       1201 Hays Street
       Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney (name and address):

    Christopher J. Whitelock, Esquire
    Whitelock & Associates, P.A.
    300 Southeast Thirteenth Street, Suite D
    Fort Lauderdale, Florida 33316
    (954) 463-2001

an answer to the Amended Complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

s/ Tamisha Powell
Deputy Clerk
U.S. District Courts

Dec 11, 2014
_____
Date

Steven M. Larimore
Clerk of Court